E-filing

FILED
MAR 17 PM 3: 22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Susan Mae Polk Plaintiff,

CASE NO. _____

vs.

Janees Cavin, Matt Cuertkaw,
Contra Costa County Sherrifs
Dept                    Defendant.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

MMC

(PR)

I, Susan Mae Polk, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____10/13/02 · self employed $150,000 per year_____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                    Yes ___ No _X_
10          self employment
11     b.   Income from stocks, bonds,                 Yes ___ No _X_
12          or royalties?
13     c.   Rent payments?                             Yes ___ No _X_
14     d.   Pensions, annuities, or                    Yes ___ No _X_
15          life insurance payments?
16     e.   Federal or State welfare payments,         Yes ___ No _X_
17          Social Security or other govern-
18          ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.   Are you married?                               Yes ___ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.   a.   List amount you contribute to your spouse's support:$ _____

|    |                                                                                              |
|----|----------------------------------------------------------------------------------------------|
| 1  | b.  List the persons other than your spouse who are dependent upon you for                   |
| 2  | support and indicate how much you contribute toward their support. (NOTE:                    |
| 3  | For minor children, list only their initials and ages. DO NOT INCLUDE                        |
| 4  | THEIR NAMES.).                                                                               |
| 5  | _____                       |
| 6  | _____                       |
| 7  | 5.   Do you own or are you buying a home?          Yes ____ No __✗__                         |
| 8  | Estimated Market Value: $_____ Amount of Mortgage: $_____                          |
| 9  | 6.   Do you own an automobile?                     Yes ____ No __✗__                         |
| 10 | Make _____ Year _____ Model _____                                             |
| 11 | Is it financed? Yes ____ No ____ If so, Total due: $ _____                              |
| 12 | Monthly Payment: $ _____                                                                |
| 13 | 7.   Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)          |
| 14 | Name(s) and address(es) of bank: _____                                                  |
| 15 | _____                       |
| 16 | Present balance(s): $ _____                                                             |
| 17 | Do you own any cash? Yes ____ No __✗__ Amount: $ _____                                  |
| 18 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated |
| 19 | market value.)   Yes ____ No __✗__                                                           |
| 20 | _____                       |
| 21 | 8.   What are your monthly expenses?                                                         |
| 22 | Rent: $ _____                          Utilities: _____                            |
| 23 | Food: $ _50_                                Clothing: _100_                                  |
| 24 | Charge Accounts:                                                                             |
| 25 | Name of Account         Monthly Payment           Total Owed on This Acct.                   |
| 26 | _____              $ _____              $ _____                               |
| 27 | _____              $ _____              $ _____                               |
| 28 | _____              $ _____              $ _____                               |

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_Restitution to County: $11,000_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_3/10/08_                                    _/s/ Jinsun Lee_

DATE                                         SIGNATURE OF APPLICANT

| | |
|---|---|
| 1 | |
| 2 | Case Number: _____ |
| 3 | ) |

### CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___Susan Polk___ for the last six months
[prisoner name]
___Central Ca Women's Facility___ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ___0___ and the average balance in the prisoner's account each month for the most recent 6-month period was $ ___0___ .

Dated: __3-6-08__        ___Sharon Biggure___
                              [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                                    REPORT DATE: 03/06/08
                            CALIFORNIA DEPARTMENT OF CORRECTIONS                    PAGE NO:        1
                               CENTRAL CALIF WOMEN'S FACILITY
                               INMATE TRUST ACCOUNTING SYSTEM
                               INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: SEP. 06, 2008 THRU MAR. 06, 2008

ACCOUNT NUMBER : X23159                          BED/CELL NUMBER: B 0715000000003U
ACCOUNT NAME   : POLK, SUSAN MAE                 ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                            TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            CURRENT HOLDS IN EFFECT

  DATE     HOLD
 PLACED    CODE           DESCRIPTION                    COMMENT          HOLD AMOUNT
 ------    ----           -----------                    -------          -----------
02/27/2008  H104   DAMAGES HOLD                         LOCK 02/08              6.00
02/27/2008  H118   LEGAL COPIES HOLD                    02/20/08                1.40
02/27/2008  H118   LEGAL COPIES HOLD                    02/16/08                1.80
02/27/2008  H118   LEGAL COPIES HOLD                    02/18/08                0.20
02/27/2008  H118   LEGAL COPIES HOLD                    02/06/08                6.20
02/27/2008  H118   LEGAL COPIES HOLD                    02/16/08                2.10
03/04/2008  H109   LEGAL POSTAGE HOLD                   02/24/08                4.60

                            TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL         CURRENT      HOLDS       TRANSACTIONS
  BALANCE     DEPOSITS     WITHDRAWALS      BALANCE     BALANCE      TO BE POSTED
 ---------    --------     -----------     ---------   ---------     ------------
    0.98        0.00          0.00           0.98        22.30           0.00

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                       ---------
                                                         21.32-
```