

FILED
08 MAR 26 PM 1:52

Susan Polk (x23159)
CCWF
P.O. Box 1508
Chowchilla, CA 93610-1508
In propria persona

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Susan Mae Polk,
    Plaintiff

vs

James Cavin, Deputy; Matt Chertkow, Lt.; Contra Costa County Sheriff's Dept.

Case no. CV 08 1483 MMC
Amendment to complaint
DEMAND FOR JURY TRIAL

1. JURISDICTION: This court has jurisdiction over this complaint because it arises under the laws of the United States.

2. VENUE. Venue is appropriate in this court because all of the defendants do business in this district, and the acts and omissions giving rise to this lawsuit occurred in this district.

4. DEMAND FOR A JURY TRIAL: Plaintiff demands a jury trial on all issues.

Respectfully,
Susan Polk  3/23/08

Susan Rile (x23159)
CCWF
P.O. Box 1508
Chowchilla, CA 93610-1508

March 23, 2008

Richard Weiking
Clerk of the Court
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102

Re: case no. CV 08 1483

Dear Sir or Madam,

I am in receipt of a copy of my civil rights complaint, stamped and filed on 3/17/08.

I am requesting provision of a summons and civil case management form, or any other documents I need to complete to have my complaint served, if any.\*

I received an 'ECF Registration Information Handout.' As a prisoner, I do not have access to a computer to participate in this program. I will, however, follow directions and serve a copy on the defendants.

It is my understanding that as I am proceeding in forma pauperis, the summons and complaint will be served by a federal marshall. Please correct me if I am wrong. I do not have access to a process server, and by prison rules, must mail out my legal mail myself.

Your letter indicates that I may attach a request for appointment of counsel. I would like to have counsel appointed, if I can reserve the right to proceed in pro per if counsel proves inadequate.

Thank you.

Susan Rile

\* I did not receive a copy of the handbook entitled "Dispute Resolution Procedures in the Northern District of California", a copy of the "Order Setting Case Management Conference", "Standing Orders of the assigned Judge", or form for preparing a Case Mgt. Statement.
Could you please also provide a waiver of service agreement? (Rule 4(d) of federal rules of civil procedure)

Susan Polk (XZ3154)
CCWF 507-15
P.O. Box 1508
Chowchilla, Ca 93610-1508



CENTRAL CALIFORNIA WOMEN'S FACILITY
STATE PRISON

Richard Weilena
Clerk of the Court
U.S. District Court
450 Golden Gate Ave.
San Francisco, Calif. 94102

$00.41
03 24/2008
Mailed From 93610
US POSTAGE