Susan Polk (x23159)
CCWF
P.O. Box 1508
Chowchilla, Ca. 93606-1508

August 12, 2008

Richard Wieking
Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Ave
S.F., CA 94102

Re: Case no CV 08-2344 MMC (PR) and
CV 08-1483 MMC (PR)

**FILED**

AUG 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Dear Mr. Wieking,

On 5/16/08, I submitted the amended complaint (case no. CV 08 1483 MMC (PR)) in response to Judge Chesney's 4/28/08 dismissal with leave to amend. I have not received any word on the disposition or status of my complaint.

On 5/6/08, I filed another complaint (case no. CV 08 2344 MMC (PR)). I received a stamped copy of the title page from your office. I am awaiting word on what further steps I need take.

I have submitted in forma pauperis applications. My application was approved for case no. CV 081483 MMC (PR). I have not heard anything on the other case.

Please inform me as to the status of my complaints and any steps I need take. Please confirm receipt of my amended complaint (CV 08 1483).
Thank you.

Sincerely,
Susan Polk
Susan Polk

Susan Polk (x23154)
CCWF S12-1
P.O. Box 1508
Chowchilla, Ca 93610-1508
8/12/08

CENTRAL CALIFORNIA
WOMEN'S FACILITY
STATE PRISON

Richard Weeking or Clerks Office
Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Ave
S.F., CA 94102

LEGAL & CONFIDENTIAL

$00.42
Mailed From 93610
08/13/2008
US POSTAGE