IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY JAMES CAVIN, et al.,<br><br>　　　　　Defendants.<br>_____ | No. C 08-1483 MMC (PR)<br><br>**ORDER GRANTING DEFENDANTS GIBSON AND ROBERTS'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>**(Docket No. 36)** |

GOOD CAUSE APPEARING, the request of defendants Gibson and Roberts for an extension of time to file a dispositive motion on or by September 15, 2009 is hereby GRANTED.

Defendants shall file a motion for summary judgment or other dispositive motion no later than **September 15, 2009**. Plaintiff shall file opposition to the motion within **thirty** days of the date the motion is filed. Defendants shall file a reply within **fifteen** days of the date the opposition is filed.

This order terminates Docket No. 36.

IT IS SO ORDERED.

DATED: September 3, 2009

_____
MAXINE M. CHESNEY
United States District Judge