UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SUSAN M. POLK,

        Plaintiff,

v.

JAMES CAVIN et al,

        Defendant.

Case Number: CV08-01483 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Susan Mae Polk
Valley State Prison for Women
X23159   B-2-28
P.O. Box 96
Chowchilla, CA 93610-0096

Dated: March 18, 2010

Richard W. Wieking, Clerk

By: Frank Justiliano, Deputy Clerk