KAMALA D. HARRIS
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
JENNIFER J. NYGAARD
Deputy Attorney General
State Bar No. 229494
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5577
  Fax: (415) 703-5843
  E-mail: Jennifer.Nygaard@doj.ca.gov
Attorneys for Defendants Gibson and Roberts

FILED

NOV 0 9 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN MAE POLK,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DEPUTY JAMES CAVIN, Deputy, MATT CHERTKOW, Lieutenant.; CONTRA COSTA COUNTY SHERIFF'S DEPT.,<br><br>　　　　　　　　　　　Defendants. | C 08-1483 MMC (PR)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE |

Subject to the Court's approval, Plaintiff Susan Polk and Defendants Gibson and Roberts stipulate to the following briefing schedule:

1.　On or before January 3, 2012, Plaintiff shall file an opposition to Defendants Gibson and Roberts's Motion to Dismiss Under FRCP 12(b)(6) or Alternatively Motion to Sever Under FRCP 21 (Doc. # 99).

///

///

///

1

2. Defendants Gibson and Roberts shall file a reply brief no later than fifteen days after Plaintiff's opposition is filed.

SO STIPULATED:

DATED: November 3, 2011

*/s/ Susan Polk*
SUSAN POLK
Plaintiff

DATED: November 3, 2011

*/s/ Jennifer J. Nygaard*
JENNIFER J. NYGAARD
Deputy Attorney General
Attorney for Defendants Gibson and Roberts

IT IS SO ORDERED:

DATED: November 9, 2011

*/s/ Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge

SF2009202343
20549595.doc

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SUSAN M. POLK,

        Plaintiff,

v.

JAMES CAVIN et al,

        Defendant.

Case Number: CV08-01483 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Susan Mae Polk
Valley State Prison for Women
X23159   A-4-223
P.O. Box 96
Chowchilla, CA 93610-0096

Dated: November 9, 2011

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero, Deputy Clerk