**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>JAMES CAVIN, et al.,<br><br>　　　Defendants.<br>_____ | No. C 08-1483 MMC (PR)<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME FOR PLAINTIFF TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(Docket No. 155)** |

GOOD CAUSE APPEARING, plaintiff's second request for an extension of time to file an opposition to defendants' motion for summary judgment is hereby GRANTED. Plaintiff shall file her opposition on or before August 15, 2012. Defendants shall file a reply within **fifteen (15)** days of the date the opposition is filed.

This order terminates Docket No. 155.

IT IS SO ORDERED.

DATED: May 4, 2012

_____
MAXINE M. CHESNEY
United States District Judge