**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,           No. C 08-1483 MMC (PR)

    Plaintiff,

  v.                       **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S DISCOVERY MOTIONS**

DEPUTY JAMES CAVIN, et al.,

    Defendants.
                                       /

        Pursuant to Civil Local Rule 72-1, the following motions, each filed by plaintiff Susan Mae Polk, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar:

        (1) "Motion for Order to Compel the Contra Costa County Sheriff's Dept. to Comply with Subpoena Duces Tecums," filed July 10, 2012;

        (2) "Motion for Order to Compel Publishers & Editors of the S.F. Chronicle & the Contra Costa Times to Comply with Subpoenas Duces Tecums," filed July 10, 2012;

        (3) "Motion to Compel Forensic Medical Group to Comply with Subpoena Duces Tecums," filed July 18, 2012;

        (4) "Motion to Compel Department of Motor Vehicles to Comply with Subpoena Duces Tecums," filed July 23, 2012;

        (5) "Objection to Violation of Court's Order to Public Defender to Comply with SDT &

Violation of Attorney/Client Privilege by Public Defender; Request for Order to Comply & Impose Sanctions," filed July 30, 2012; and

    (6) "Motion for Order to US Marshall to Serve Subpoena Duces Tecums," filed August 1, 2012.

**IT IS SO ORDERED**

Dated:  August 10, 2012

MAXINE M. CHESNEY
United States District Judge