IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

    Plaintiff,

v.

DEPUTY JAMES CAVIN, et al.,

    Defendants.

No. C 08-1483 MMC (PR)

**ORDER GRANTING PLAINTIFF'S THIRD REQUEST FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

GOOD CAUSE APPEARING, plaintiff's third request for an extension of time to file an opposition to defendants' motion for summary judgment, which request has not been opposed by defendants, is hereby GRANTED. Plaintiff shall file her opposition on or before Friday, October 19, 2012. The deadline for defendants to file a reply remains as scheduled, specifically, within fifteen days of the date on which plaintiff's opposition is filed.

**IT IS SO ORDERED**

Dated: August 10, 2012

_____
MAXINE M. CHESNEY
United States District Judge