United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SUSAN MAE POLK,                              No. C 08-1483 MMC (PR)

12              Plaintiff,

13     v.                                         **ORDER DENYING PLAINTIFF'S
                                                  OBJECTIONS TO MAGISTRATE
14   DEPUTY JAMES CAVIN, et al.,                  JUDGE'S ORDER OF SEPTEMBER 13,
                                                  2012**
15              Defendants.

16   _____/

17        Before the Court are plaintiff's "Objections to Magistrate's Order Denying Motion to

18   Compel Compliance by Newspapers with Plaintiff's Subpoena Duces Tecum," filed October

19   1, 2012, and plaintiff's "Objections to Order by Magistrate Denying Plaintiff's Motion to

20   Compel Forensic Medical Group to Comply with Subpoena Duces Tecum," also filed

21   October 1, 2012.[1]  By said filings, plaintiff objects to the denial of two motions to compel,

22   which denials are included in the Magistrate Judge's order of September 13, 2012.

23        Having read and considered the above-referenced objections, the Court hereby

24   DENIES the objections, for the reason plaintiff has failed to show the Magistrate Judge's

25   _____

26        [1]Also before the Court is plaintiff's "Request for an Extension of Time to Respond
     with Objections to Magistrate's Order Denying Motions to Compel & for Further Briefing,"
27   filed by plaintiff September 28, 2012, by which plaintiff seeks an extension of time to file
     objections to the Magistrate Judge's order of September 13, 2012.  Because the objections
28   were due no later than October 1, 2012, see 28 U.S.C. § 636(b); Fed. R. Civ. P. 6(a), 6(d),
     the date on which plaintiff filed her objections, plaintiff's request for an extension of time is
     DENIED as moot.

1   denials of the above-referenced motions to compel are clearly erroneous or contrary to law.

2   See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's order

3   where it has been shown to be clearly erroneous or contrary to law).

4        **IT IS SO ORDERED.**

5

6   Dated:  October 15, 2012

7                                            MAXINE M. CHESNEY
                                             United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28