1  SHARON L. ANDERSON (SBN 94814)
   County Counsel
2  MONIKA L. COOPER (SBN 193729)
   Supervising Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   Telephone: (925) 335-1800
5  Facsimile:  (925) 335-1866
   email: mcoop@cc.cccounty.us
6
   Attorneys for Defendants
7  WARREN E. RUPF, MATT
   CHERTKOW, JAMES CAVIN
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12

13 | SUSAN MAE POLK,              | Case No. C08-1483 MMC (PR)
14 |        Plaintiff,            | [PROPOSED] ORDER GRANTING
15 | v.                           | PLAINTIFF A LIMITED EXTENSION OF TIME
16 | DEPUTY JAMES CAVIN, LT. MATT |
17 | CHERTKOW, THE CONTRA COSTA   |
   | COUNTY SHERIFF'S DEPT., SHERIFF |
18 | WARREN RUPF, WARDEN PATRICK, |
   | SGT. ROBERTS, SGT. GIBSON,   |
19 |        Defendants.           |

20

21

22    The Court has considered the papers and records filed in connection with Plaintiff's

23 Fourth Request For An Extension of Time to File Opposition to Defendants' Motion for

24 Summary Judgment. The Court finds that good cause exists to extend the deadline until

25 December 6, 2012, with Defendants' reply due 15 days thereafter. No good cause exists to

26 extend the deadline any further.

27    GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT

28 Plaintiff's Opposition to Defendants' Motion for Summary Judgment is now due on or before

1  December 6, 2012.  Defendants' reply is due 15 days thereafter.  No good cause has been
2  shown to extend the deadline any further.

4  DATED: October 16, 2012                   _____
                                              HON. MAXINE M. CHESNEY
5                                             United States District Judge