IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>       Plaintiff,<br>  v.<br><br>DEPUTY JAMES CAVIN, et al.,<br><br>       Defendants. | No. C 08-1483 MMC (PR)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME** |

      Before the Court is plaintiff Susan Mae Polk's "Request for Extension," filed October 17, 2012. Defendants have filed a response. Having and considered the parties' respective written submissions, the Court rules as follows.

      Plaintiff seeks an extension of "all deadlines" to January 3, 2013, because, according to plaintiff, she was transferred to a state prison in Corona, California on October 9, 2012 and had not received her legal documents as of October 13, 2012, i.e., four days later. The only pending deadline is the December 6, 2012 deadline for plaintiff to file opposition to defendants' motion for summary judgment. Because plaintiff was served by mail with defendants' motion for summary judgment on December 21, 2011, plaintiff, under the present schedule and as a result of numerous extensions she has been afforded, will have close to one year to prepare her opposition. Plaintiff has failed to show that, as a result of her recent transfer or otherwise, she cannot in the exercise of reasonable

diligence complete her opposition by December 6, 2012.

Accordingly, plaintiff's request is hereby DENIED.

**IT IS SO ORDERED.**

Dated:  November 6, 2012

_____
MAXINE M. CHESNEY
United States District Judge

2