IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY JAMES CAVIN, et al.,<br><br>　　　　Defendants. | No. C 08-1483 MMC (PR)<br><br>**ORDER DENYING PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER OF OCTOBER 2, 2012** |

　　　Before the Court are plaintiff's "Objections to Magistrate's Order Denying Motions to Compel DMV's Compliance with SDT, 2 for Admission & Order by Default," filed November 19, 2012.  By said filing, plaintiff objects to the order issued October 2, 2012 by Magistrate Judge Joseph C. Spero, in which order the Magistrate Judge denied plaintiff's motion for reconsideration of the denial of her motion to compel the Department of Motor Vehicles to provide her with certain photographs at no charge.

　　　Having read and considered the above-referenced objections, the Court hereby DENIES the objections, for the reason that plaintiff has failed to show the Magistrate Judge's denial of the above-referenced motion for reconsideration of her motion to compel is clearly erroneous or contrary to law.  See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's order where it has been shown to be "clearly erroneous or contrary to law").

　　　**IT IS SO ORDERED.**

Dated:  November 26, 2012　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge