IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>             Plaintiff,<br><br>   v.<br><br>DEPUTY JAMES CAVIN, et al.,<br><br>             Defendants.<br>_____/ | No. C 08-1483 MMC (PR)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO FILE MOTION FOR RECONSIDERATION OF OCTOBER 15, 2012 ORDER** |

Before the Court is plaintiff's "Request to File Motion for Reconsideration of Court's 10/15/12 Order Denying Plaintiff's Objections to Magistrate's 9/13/12 Orders; Request for Extension of Time to File Motion for Reconsideration; Motion to Stay Process," filed November 14, 2012. Having read and considered the request, the Court rules as follows:

To the extent the request seeks leave to file a motion for reconsideration of the Court's October 15, 2012 order, the request is hereby DENIED, for the reason that plaintiff fails to identify a cognizable basis for reconsideration. See Civil L.R. 7-9(b) (setting forth circumstances wherein reconsideration may be appropriate).

In light of said denial, to the extent the request seeks an extension of time to file the above-referenced proposed motion for reconsideration and seeks a stay of all proceedings while the motion for reconsideration is pending, the request is DENIED as moot.

**IT IS SO ORDERED.**

Dated: November 26, 2012

MAXINE M. CHESNEY
United States District Judge