IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK, | No. C 08-1483 MMC (PR) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST TO EXTEND FUTURE DEADLINES** |
| v. | |
| DEPUTY JAMES CAVIN, et al., | |
| Defendants. / | |

Before the Court is plaintiff Susan Mae Polk's "Request for Order to Extend Future Deadlines for Plaintiff's Reply to Opposition Briefs," dated November 12, 2012 and filed November 19, 2012. In said request, plaintiff seeks a six-week extension of the December 6, 2012 deadline to file opposition to defendants' motion for summary judgment, in light of plaintiff's having recently been transferred to a prison in Corona, California. Having read and considered plaintiff's motion, the Court rules as follows.

On October 17, 2012, plaintiff filed a request for an extension of time, asserting she needed additional time to file her opposition in light of her recent transfer to the Corona facility. By order filed November 6, 2012, the Court denied plaintiff's request. In said order, the Court noted that, under the present schedule and as a result of numerous extensions plaintiff has been afforded, plaintiff will have close to one year to prepare her opposition, and, further, that plaintiff failed to show why she could not complete her opposition by the

existing deadline.

It appears plaintiff had not received the Court's order of November 6, 2012 by the date on which she mailed the instant request. In any event, plaintiff, in her most recent request for an extension, again fails to show that, as a result of her recent transfer or otherwise, she cannot in the exercise of reasonable diligence complete her opposition by December 6, 2012.

Accordingly, plaintiff's request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: November 26, 2012

MAXINE M. CHESNEY
United States District Judge

2