IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPUTY JAMES CAVIN, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-1483 MMC (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DENYING REQUEST FOR STAY** |

    Before the Court is plaintiff's "Request for an Extension to 2/27/13 to file Opposition to Motion for Summary Judgment; Request for Stay," filed November 26, 2012. Defendants have not filed opposition.

    In light of plaintiff's undisputed declaration that she has not had access to her legal materials since October 4, 2012, the Court hereby GRANTS plaintiff's request to extend the deadline to file opposition to February 27, 2013. The deadline for defendants to file a reply remains as scheduled, specifically, within fifteen days of the date on which plaintiff's opposition is filed.

    Plaintiff's additional request for a stay of proceedings is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: December 6, 2012

                                                 MAXINE M. CHESNEY
                                               United States District Judge