IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

    Plaintiff,

  v.

DEPUTY JAMES CAVIN, et al.,

    Defendants.

                                      /

No. C 08-1483 MMC (PR)

**ORDER DENYING PLAINTIFF'S REQUEST TO FILE MOTION FOR RECONSIDERATION OF NOVEMBER 26, 2012 ORDER**

      Before the Court is plaintiff's "Request to File Motion for Reconsideration of the Court's Denial of 'Plaintiff's Objections to Magistrate's 10-2-12 Order'," filed December 10, 2012.

      The Court having read and considered the request, the request is hereby DENIED, for the reason that plaintiff fails to identify a cognizable basis for reconsideration. See Civil L.R. 7-9(b) (setting forth circumstances wherein reconsideration may be appropriate).

      **IT IS SO ORDERED.**

Dated: January 2, 2013

_____
MAXINE M. CHESNEY
United States District Judge