**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPUTY JAMES CAVIN, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-1483 MMC (PR)<br><br>**ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR EXTENSION TO SUBMIT OBJECTIONS TO MAGISTRATE JUDGE'S ORDER OF NOVEMBER 27, 2012** |

     Before the Court is plaintiff's "Request for an Extension and/or Stay in Order to Submit Objections to the Magistrate's 11-27-12 Order Denying Plaintiff's Motion to Compel," dated by plaintiff December 13, 2012 and filed with the Clerk of the Court on December 17, 2012.  Defendants have not filed a response thereto.

     In her request, plaintiff seeks an extension of the deadline to file objections to Magistrate Judge Joseph Spero's order of November 27, 2012, specifically, an extension to March 30, 2013.  In light of plaintiff's statement, undisputed by defendants, that prison officials have denied plaintiff access to her legal materials and to the law library, the Court finds good cause has been shown for an extension.  As to the length of any such extension, however, the Court further notes that, subsequent to the filing of the instant request, plaintiff filed a motion in which she states her legal materials were returned to her by prison officials on December 17, 2012 and that she has been provided with some

access to case law. (See Mot. to Substitute at 2.) Consequently, the Court finds an extension of the length sought by the instant request is unnecessary.

Accordingly, plaintiff's request for an extension is hereby GRANTED in part, and the Court hereby extends to January 25, 2013 the deadline for plaintiff to file and serve any objections to the Magistrate Judge's order of November 27, 2012.

**IT IS SO ORDERED.**

Dated: January 2, 2013

MAXINE M. CHESNEY
United States District Judge