IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPUTY JAMES CAVIN, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-1483 MMC (PR)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO SUBSTITUTE SHERIFF LIVINGSTONE AND/OR JOIN OR ADD HIM AS PARTY** |

    Before the Court is plaintiff Susan Mae Polk's "Motion to Substitute Sheriff Livingstone and/or Join Him to Complaint or Add Him as a Party," filed December 26, 2012. Having read and considered the motion, the Court hereby sets the following briefing schedule on the motion:

    1. No later than January 18, 2013, defendants shall file and serve any response to plaintiff's motion.

    2. No later than February 1, 2013, plaintiff shall file and serve any reply.

    **IT IS SO ORDERED.**

Dated: January 4, 2013

_____
MAXINE M. CHESNEY
United States District Judge