**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,  )  No. C 08-1483 MMC (PR)
       Plaintiff,  )  **ORDER DENYING PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER OF NOVEMBER 27, 2012**
   v.  )
DEPUTY JAMES CAVIN, et al.,  )
       Defendants.  )
_____ )

     Before the Court are plaintiff's "Objections to Magistrate's 11-27-12 Order Denying Plaintiff's Motion to Compel CCCSO to Comply with Discovery." By said filing, plaintiff objects to the order issued November 27, 2012 by Magistrate Judge Joseph C. Spero, in which order the Magistrate Judge denied plaintiff's motion to compel the Contra Costa County Sheriff's Office to produce five categories of documents.

     Having read and considered the above-referenced objections, the Court hereby DENIES the objections, for the reason plaintiff has failed to show the Magistrate Judge's denial of the above-referenced motion to compel is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's order where it has been shown to be "clearly erroneous or contrary to law").

     IT IS SO ORDERED.

DATED: January 28, 2013

_____
MAXINE M. CHESNEY
United States District Judge