IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK, | ) No. C 08-1483 MMC (PR) |
| Plaintiff, | ) **ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY RE: PLAINTIFF'S MOTION TO SUBSTITUTE SHERIFF LIVINGSTON** |
| v. | ) |
| JAMES CAVIN, et al., | ) |
| Defendants. | ) **(Docket No. 241)** |
| _____ | ) |

    Before the Court is plaintiff's request for an extension of time to file a reply brief in support of plaintiff's motion to substitute Contra Costa County Sheriff Livingston for former Sheriff Rupf as a defendant in this action, which motion was filed December 26, 2012. Pursuant to the Court's scheduling order of January 4, 2013, defendants filed an opposition on January 18, 2013, and plaintiff's reply is currently due on or before February 1, 2013. Plaintiff seeks an additional thirty-six days.

    In light of plaintiff's statement that prison officials have denied plaintiff access to her legal materials and to the law library, the Court finds good cause has been shown for an extension, but, given the relatively straightforward nature of the motion, that an extension of thirty-six days is not necessary.

    Accordingly, plaintiff's request for an extension is hereby GRANTED in part, and the Court hereby extends to February 15, 2013 the deadline for plaintiff to file and serve her reply.

    This order terminates Docket No. 241.

    IT IS SO ORDERED.

DATED: January 31, 2013

_____
MAXINE M. CHESNEY
United States District Judge