United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

           Plaintiff,

   v.

JAMES CAVIN, et al.,

           Defendants.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. C 08-1483 MMC (PR)

**ORDER GRANTING IN PART
PLAINTIFF'S REQUEST FOR
EXTENSION OF TIME TO FILE
OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY
JUDGMENT; DIRECTING PRISON
OFFICIALS TO GRANT
REASONABLE ACCESS TO LEGAL
MATERIALS AND LAW LIBRARY**

**(Docket No. 243)**

     On March 17, 2008, plaintiff, a California prisoner then incarcerated at the Central California Women's Facility in Chowchilla, California ("CCWF"), and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983.[1]  On December 22, 2011, defendants filed a motion for summary judgment.  Plaintiff's opposition is currently due on or before February 27, 2013.  Now before the Court is plaintiff's request for an extension of time to file an opposition to said motion, specifically an extension to May 1, 2013.  To date, the Court has granted plaintiff five such extensions.

     In light of plaintiff's statement that prison officials have denied plaintiff access to her legal materials, discovery file, and the law library, the Court finds good cause has been shown for one last extension.  The Court further finds, however, that an extension of the length sought by the instant request is unnecessary.

_____

[1] Plaintiff currently is incarcerated at the California Institution for Women ("CIW").

United States District Court

For the Northern District of California

1    Accordingly, the Court orders as follows:

2    1.  Plaintiff's request for an extension is hereby GRANTED in part, and the Court

3    hereby extends to March 28, 2013 the deadline for plaintiff to file and serve her opposition.

4    No good cause exists to extend the deadline to a later date, and, absent leave of court, no

5    further motions by plaintiff shall be filed until the opposition is filed.

6    2.  The deadline for defendants to file a reply remains as scheduled, specifically,

7    fifteen days from the date on which plaintiff's opposition is filed.

8    3.  During this extension, and to the extent consistent with security concerns and other

9    applicable policies and procedures of the facility, prison officials shall provide plaintiff with:

10   (1) reasonable physical access to her legal materials, including her discovery file; and (2) two

11   to four hours of access to a prison law library per week.

12   4.  The Clerk is DIRECTED to serve a copy of this order on the CIW Litigation

13   Coordinator, 16756 Chino-Corona Road, Corona, CA 92880.

14   This order terminates Docket No. 243.

15   IT IS SO ORDERED.

16   DATED: February 8, 2013

17                                MAXINE M. CHESNEY
                                 United States District Judge
18

19

20

21

22

23

24

25

26

27

28

2