IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK, <br><br> Plaintiff, <br><br> v. <br><br> JAMES CAVIN, et al., <br><br> Defendants. <br> _____ | No. C 08-1483 MMC (PR) <br><br> **ORDER DENYING REQUEST FOR LEAVE TO FILE MOTION FOR EXTENSION OF TIME; DENYING REQUEST FOR LEAVE TO FILE MOTION TO COMPEL AND FOR SANCTIONS; DENYING REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** <br><br> **(Docket Nos. 255, 256, 257)** |

On March 17, 2008, plaintiff, a California prisoner then incarcerated at the Central California Women's Facility in Chowchilla, California ("CCWF"), and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983.[1]  Now before the Court are plaintiff's requests for leave to file: (1) a motion for an extension of time to file an opposition to defendant's motion for summary judgment; (2) a motion to "compel disclosure and impose sanctions on defendants"; and (3) a motion for reconsideration of the Court's denial of plaintiff's objections to the magistrate judge's order of November 27, 2012.

Plaintiff's request to file the above-referenced motion for an extension of time and motion to "compel disclosure and impose sanctions on defendants" are hereby DENIED for the reasons set forth in the Court's order of February 19, 2013.

---

[1] Plaintiff currently is incarcerated at the California Institution for Women ("CIW").

Plaintiff's request to file the above-referenced motion for reconsideration is hereby DENIED for the reason that plaintiff fails to identify a cognizable basis for reconsideration. See Civil L.R. 7-9(b) (setting forth circumstances where reconsideration may be appropriate).

This order terminates Docket Nos. 255, 256, and 257.

IT IS SO ORDERED.

DATED: March 19, 2013

_____
MAXINE M. CHESNEY
United States District Judge