IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>   Plaintiff,<br><br>   v.<br><br>JAMES CAVIN, et al.,<br><br>   Defendants.<br>_____ | No. C 08-1483 MMC (PR)<br><br>**ORDER STAYING DISCOVERY; DENYING REQUEST FOR SERVICE OF SUBPOENA** |

On March 17, 2008, plaintiff, a California prisoner then incarcerated at the Central California Women's Facility in Chowchilla, California ("CCWF"), and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983.[1] Now before the Court is plaintiff's request to have the United States Marshal serve a subpoena duces tecum on the Contra Costa County Sheriff's Office. For the reasons set forth in the Court's order of February 19, 2013, discovery is hereby STAYED. Accordingly, plaintiff's request for service of said subpoena is hereby DENIED without prejudice to refiling once the Court has ruled on defendants' motion for summary judgment.

IT IS SO ORDERED.

DATED: March 27, 2013

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] Plaintiff currently is incarcerated at the California Institution for Women ("CIW").