IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

        Plaintiff,

  v.

JAMES CAVIN, et al.,

        Defendants.
                                            /

No. CV-08-1483 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    Defendants Deputy James Cavin, Deputy Lt. Matt Chertkow and Sheriff Warren Rupf's motion for summary judgment is hereby GRANTED, on the ground that plaintiff's claims are barred by the applicable statute of limitations.

    Alternatively, if the action is not time-barred, the action is hereby DISMISSED without prejudice, for failure to exhaust administrative remedies.

Dated: July 22, 2013                                        Richard W. Wieking, Clerk

                                                                              *Tracy Lucero*

                                                                      By: <u>Tracy Lucero</u>
                                                                      Deputy Clerk